OLIN R. MOYLE, Respondent, *v.* FRED W. FRANZ et al., Appellants.

Argued October 12, 1944; decided November 22, 1944.

*Hayden C. Covington* for appellants.

*Walter Bruchhausen, William G. Fennell* and *John H. Van Surdam* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY, DESMOND and THACHER, JJ.